**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF GEORGIA

Case number *(if known)* _____    Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Enviroscent, Inc.** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **58-2657332** |
| 4. | **Debtor's address** | **Principal place of business**  **4600 Roswell Road, Suite D-210**  **Atlanta, GA 30328**  Number, Street, City, State & ZIP Code  **Fulton**  County  |  **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor  **Enviroscent, Inc.** _____    Case number (*if known*)_____
        Name

**7. Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Official Form 201       **Voluntary Petition for Non-Individuals Filing for Bankruptcy**       page 2

Debtor  **Enviroscent, Inc.** _____    Case number (*if known*) _____
    Name

List all cases. If more than 1,
attach a separate list
    Debtor _____    Relationship _____
    District _____    When _____    Case number, if known _____

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
|---|---|---|
| | | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** (*Check all that apply.*) |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | |    What is the hazard? _____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other _____ |
| | | **Where is the property?** _____ |
| | |    Number, Street, City, State & ZIP Code |
| | | **Is the property insured?** |
| | | ☐ No |
| | | ☐ Yes.  Insurance agency _____ |
| | |       Contact name _____ |
| | |       Phone _____ |

**Statistical and administrative information**

| 13. | **Debtor's estimation of available funds** | *Check one:* |
|---|---|---|
| | | ■ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | **Estimated number of creditors** | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|---|

| 15. | **Estimated Assets** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>■ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | **Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ■ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

Debtor **Enviroscent, Inc.**           Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 3, 2024**
              MM / DD / YYYY

**X /s/ Kevin Coen**                              **Kevin Coen**
Signature of authorized representative of debtor   Printed name

Title   **CEO**

**18. Signature of attorney**

**X /s/ Cameron M. McCord**                  Date **December 3, 2024**
Signature of attorney for debtor                  MM / DD / YYYY

**Cameron M. McCord 143065**
Printed name

**Jones & Walden LLC**
Firm name

**699 Piedmont Avenue NE**
**Atlanta, GA 30308**
Number, Street, City, State & ZIP Code

Contact phone **404-564-9300**    Email address **info@joneswalden.com**

**143065 GA**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Enviroscent, Inc.**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF GEORGIA**

Case number (if known):

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Alterna** 2420 Lakemont Ave #350 Orlando, FL 32814 | | | | $554,836.35 | $0.00 | $554,836.35 |
| **Amazon.com Services LLC** PO Box 24170 Seattle, WA 98124-0170 | | | | | | $67,534.54 |
| **American Express** PO Box 1270 Newark, NJ 07101-1270 | | | | | | $94,687.73 |
| **Calibaja Manufacturing, Inc** 234 W Main Street El Centro, CA 92243 | | | | | | $33,948.37 |
| **CRI Carr Riggs & Ingram** 4004 Summit Boulevard NE Suite 800 Meridian, GA 31319 | | | | | | $7,750.00 |
| **Dollar General (v)** P.O. Box 1087 Goodlettsville, TN 37072 | | | | | | $70,746.85 |
| **Flex Personnel** 2828 Forest Lane Suite 2400 Dallas, TX 75234 | | | | | | $8,172.48 |
| **Future Forwarding Company** 4380 International Pkwy Suite C Atlanta, GA 30354 | | | | | | $466,134.89 |

Official form 204      Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims      page 1

Debtor  **Enviroscent, Inc.**  Case number *(if known)*
  Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Givaudan Fragrances Corporatio<br>300 Waterloo Valley Road<br>Budd Lake, NJ 07828 | | | | | | $28,260.75 |
| HMI ATLANTA VI LLC<br>PO BOX 35251<br>Newark, NJ 07193-5251 | | | | | | $10,635.00 |
| Hong Kong Global<br>Level 6A, Cheung Kong Factory<br>5 Chenung Shun Street, Lai Chi<br>Kowloon, Hong Kong | | | | | | $2,159,574.80 |
| K1 Packaging Group<br>17989 E. Arenth Avenue<br>Rowland Heights, CA 91748 | | | | | | $16,375.61 |
| Langdale Capital assets<br>2736 James Road<br>Valdosta, GA 31601 | | | | | | $50,000.00 |
| LaRue PR LLC<br>33 East High St<br>Somerville, NJ 08876 | | | | | | $16,000.00 |
| Parker, Hudson, Rainer & Dobbs<br>1500 Marquis Two Tower<br>285 Peachtree Center Ave NE<br>Atlanta, GA 30303 | | | | | | $11,924.00 |
| PayPal Working Capital<br>Attn: Executive Ecalation<br>PO Box 45950<br>Omaha, NE 68145-0950 | | | | | | $113,479.81 |
| Prime Team Agency LLC<br>1537 Bonnie Bluff Court<br>Encinitas, CA 92024 | | | | | | $13,250.00 |

Debtor **Enviroscent, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Shopify Capital Inc<br>100 Shockoe Slip<br>2nd Floor<br>Richmond, VA 23219** | | | | | | **$201,853.44** |
| **UPS - Delivery Service<br>PO Box 650690<br>Dallas, TX 75265-0690** | | | | | | **$21,797.82** |
| **Viably Capital, Inc.<br>215 East Chatham Street<br>Cary, NC 27511** | | | | | | **$203,067.10** |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 3

# United States Bankruptcy Court
### Northern District of Georgia

In re  **Enviroscent, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **December 3, 2024**

**/s/ Kevin Coen**  
**Kevin Coen**/**CEO**  
Signer/Title

```
1Path
2300 Windy Ridge Pkwy SE
Suite 685
Atlanta, GA 30339


Agilex Flavors & Fragrances
PO Box 787752
Philadelphia, PA 19178-7752


Alterna
2420 Lakemont Ave #350
Orlando, FL 32814


Amazon.com Services LLC
PO Box 24170
Seattle, WA 98124-0170


American Express
PO Box 1270
Newark, NJ 07101-1270


Andrew and Lucy Mccain Family
Andrew and Lucy McCain Family
321 West Rose Lane
Phoenix, AZ 85013


Apffel Marketing & Design Coas
1431 Westmore Pl
Oceanside, CA 92056


AvidXchange, Inc
PO Box 715376
Cincinnati, OH 45271-5376


Banfana LLC
907 5th Street Apt C
Hermosa Beach, CA 90254
```

```
Benjamin M. Hough
12 Kent Park Circle
Winston Salem, NC 27106



Bruce Failing
221 El Bravo Way
Palm Beach, FL 33480



Calibaja Manufacturing, Inc
234 W Main Street
El Centro, CA 92243



CRI Carr Riggs & Ingram
4004 Summit Boulevard NE
Suite 800
Meridian, GA 31319



CT Corporation
PO Box 4349
Carol Stream, IL 60197-4349



Daniel Smith
13665 Vanderbilt Dr., Unit 303
Naples, FL 34110



De Lage Landen Financial Servi
PO Box 41602
Philadelphia, PA 19101-1602



Dollar General (v)
P.O. Box 1087
Goodlettsville, TN 37072



Earth fare Healthy SuperMarket
PO Box 16947
Asheville, NC 28816
```

```
FedEx
PO Box 660481
Dallas, TX 75266-0481


Feinstein Doyle Payne & Kravec
429 Fourth Avenue
Suite 1300
Pittsburgh, PA 15219


First Insurance Funding Corp.
PO Box 7000
Carol Stream, IL 60197-7000


Flex Personnel
2828 Forest Lane
Suite 2400
Dallas, TX 75234


Fontis Water
Po Box 4005
Marietta, GA 30061-4005


Frederic Howard Garner Rev Tru
518 Hermitage Rd
Charlotte, NC 28207


Future Forwarding Company
4380 International Pkwy
Suite C
Atlanta, GA 30354


Gassed LLC
13528 NE 113th Way
Vancouver, WA 98682


Georgia Department of Revenue
Compliance Division
1800 Century Blvd, Ste 16102
Atlanta, GA 30345-3205
```

```
Givaudan Fragrances Corporatio
300 Waterloo Valley Road
Budd Lake, NJ 07828


Hanover Insurance Co.
PO Box 580045
Charlotte, NC 28258-0045


Henry Trust Company LTD.
Henry Trust Company, Ltd.
630 Crest Road
Palm Beach, FL 33480


HMI ATLANTA VI LLC
PO BOX 35251
Newark, NJ 07193-5251


Homestead Studio LLC
N1266 Technical Dr
Unit B
Greenville, WI 54942


Hong Kong Global
Level 6A, Cheung Kong Factory
5 Chenung Shun Street, Lai Chi
Kowloon, Hong Kong


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Jeffrey S. Amling
161 Seagate
Palm Beach, FL 33480


John C Tucker
2921 Suffolk Drive, Ste 500
Fort Worth, TX 76133
```

```
John William Donahoo III
3728 McGirts Road
Jacksonville, FL 32210



K1 Packaging Group
17989 E. Arenth Avenue
Rowland Heights, CA 91748



Kevin Robinson
165 Rabbit Run
Roaring Gap, NC 28668



Langdale Capital assets
2736 James Road
Valdosta, GA 31601



LaRue PR LLC
33 East High St
Somerville, NJ 08876



Levanta, Inc
1752 NW Market St
Unit 4364
Seattle, WA 98107



Market Performance Group LLC
PO Box 3062
Carol Stream, IL 60132-0001



Michael S. Burnham Rev Trust
 (MSB Trustee), SHP Acquisition
1838 Sir Tyler Drive, Ste 210
Wilmington, NC 28405



Milner, Inc.
PO Box 923197
Norcross, GA 30010-3197
```

```
Nissan Chemical America Corpor
10333 Richmond Ave
Suite 1100
Houston, TX 77042




Parker, Hudson, Rainer & Dobbs
1500 Marquis Two Tower
285 Peachtree Center Ave NE
Atlanta, GA 30303




PayPal Working Capital
Attn: Executive Ecalation
PO Box 45950
Omaha, NE 68145-0950




Peter L. Keane
1500 Queens Road, Apt 402
Charlotte, NC 28207




Prime Team Agency LLC
1537 Bonnie Bluff Court
Encinitas, CA 92024




Randolph C Metcalfe Living Tru
P.O. Box 16388
Baltimore, MD 21210




Randolph C. Metcalfe Living tr
P.O. Box 16388
Baltimore, MD 21210




Raymond F. and Dorothy M. Prah
1 Independent Drive, Ste 3250
Jacksonville, FL 32202




RFSMART
2800 Cornerstone Drive
Suite 203
Pagosa Springs, CO 81147
```

Robert A. Jones
1500 Queens Road, Unit 501
Charlotte, NC 28207


RR Donnelley Integrated Print
PO Box 538602
Atlanta, GA 30353-8602


Scudder Law Firm
411 S. 13th Street
Second Floor
Lincoln, NE 68508


SecondHalf, LLC (Philip S Waug
528 North Stratford Road
Winston Salem, NC 27104


Sherrill Children's GST Irrevo
3025 Westport Rd
Charlotte, NC 28208


Shibe Storage LLC (Benjamin Ma
Shibe Storage LLC
2751 South Dixie Hwy, Ste. 450
West Palm Beach, FL 33405


Shopify Capital Inc
100 Shockoe Slip
2nd Floor
Richmond, VA 23219


Staples Business Credit
PO BOX 105638
Atlanta, GA 30348-5638


Symrise
PO Box 5801
Carol Stream, IL 60197-5801

```
Uline
Attn: Accounts Receivable
PO Box 88741
Chicago, IL 60680-1741



UPS - Delivery Service
PO Box 650690
Dallas, TX 75265-0690



Vere W. Gaynor Irrevocable Tru
1100 S. Flagler Dr. #703
West Palm Beach, FL 33407



Viably Capital, Inc.
215 East Chatham Street
Cary, NC 27511



Wilheit Packaging, LLC
1527 May Drive
Gainesville, GA 30507



William P. Langdale III
2736 James Road
Valdosta, GA 31601



Wodika Devine, Inc
25625 Southfield Rd, Ste 199
Southfield, MI 48075



Wrike, Inc
DEPT 0570
PO BOX 120570
Dallas, TX 75312-0570
```